Dismissed and Memorandum Opinion filed November 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-00371-CV

___________________

 

David BUREN Wilson, Appellant

 

V.

 

Gerry Birnberg and Jerry Eversole,
Appellees



 



 

On
Appeal from the 61st District Court

Harris County,
Texas



Trial Court Cause No. 2010-04491

 



 

 

MEMORANDUM OPINION

            This is an accelerated interlocutory appeal from an
order signed on April 16, 2010 dismissing appellant, David Wilson’s election
contest cause of action for lack of jurisdiction.  See Tex. Elec. Code
Ann. § 221.003 (Vernon 2010) (district court’s jurisdiction is limited to
ascertaining whether the outcome of a contested election is not the true
outcome because illegal votes were counted or because an election administrator
prevented eligible voters from voting, failed to count legal votes, or engaged
in other fraudulent or illegal conduct, or simply made a mistake).

            After
this case was submitted, appellant filed a motion to dismiss his appeal.  See
Tex. R. App. P. 42.1.  Appellant’s motion is granted.

            Accordingly,
appellant’s appeal is ordered dismissed.

 

                                                                                    

                                                                        /s/        John
S. Anderson

                                                                                    Justice

 

 

 

Panel consists of Justices
Anderson, Frost, and Brown.